

# Missouri Court of Appeals
## Southern District

**DECEMBER 9, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33038

      Re:    TOMMY LYNN PETERSON,
             Movant-Appellant,
             vs.
             STATE OF MISSOURI,
             Respondent-Respondent.